IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:07MC00109-GEB-KJM |
| | ) | |
|    Plaintiff, | ) | |
| | ) | |
|  v. | ) | |
| | ) | ORDER OF GARNISHMENT |
| KARAPET PETROSYAN, | ) | (INTEREST IN WITHHELD |
| | ) | MONEY) |
|    Defendant and | ) | |
|    Judgment Debtor. | ) | |
| | ) | |
| CALIFORNIA DEPARTMENT OF | ) | |
| HEALTH SERVICES, | ) | |
| | ) | |
|    Garnishee. | ) | |

  A Writ of Garnishment (Interest in Withheld Money), directed to the Garnishee California Department of Health Services, has been duly issued and served upon the Garnishee in order to partially satisfy the outstanding debt owed by the Defendant and Judgment Debtor Karapet Petrosyan ("Judgment Debtor").  The balance currently owing by the Judgment Debtor is $234,078.90 as of May 24, 2004.

//

//

1  The Garnishee filed an Answer of Garnishee stating that at the
2 time of service of the Writ, the Garnishee had custody or
3 possession of properties (non-earnings), in which the "Judgement
4 Debtor" maintains an interest in the amount of $108,000.00.

5  The Judgment Debtor was served by the Garnishee with the
6 Answer of Garnishee and the Judgment Debtor has not filed a written
7 objection or requested a hearing within 20 days, as set forth in 28
8 U.S.C. § 3205(c)(5).

9  Pursuant to 28 U.S.C. § 3205(c)(7), after the Garnishee files
10 an answer, and if no hearing is requested within the required time
11 period, the Court shall promptly enter an order directing the
12 Garnishee as to the disposition of the Judgment Debtor's property.

13  ACCORDINGLY, IT IS ORDERED that the Garnishee California
14 Department of Health Services shall turn over the amount of
15 $108,000.00, payable to the Clerk of the Court (reference Docket
16 No. CR S 01-007-GEB on the face of the check), and forward it to:

         U.S. District Court Clerk
         501 "I" Street, Room 4-200
         Sacramento, California 95814

19  IT IS FURTHER ORDERED that upon receipt of payment, the Writ
20 of Garnishment is hereby terminated.
21 DATED: May 14, 2008.

_____
U.S. MAGISTRATE JUDGE